

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-14-00246-CR

Destyn David **FREDERICK,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00041-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's appointed attorney has filed a motion for leave to withdraw from representing appellant in this appeal, stating this court's opinion has issued, and he submitted a letter to the appellant in compliance with TEX. R. APP. P. 48.4. Pursuant to TEX. R. APP. P. 48.4, appellant's attorney is required to file a copy of the letter in this court; however, this court has not received a copy of the letter. The motion for leave to withdraw is HELD IN ABEYANCE pending this court's receipt of a copy of the TEX. R. APP. P. 48.4 letter.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk